**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Of Attorneys for Defendants Forest Grove School District No. 15 and Newberg School District No. 29J

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

SOPHIA CASTANEDA, ADAM CARPENTER and REBECCA CARPENTER, as guardian ad litem for S.N.C., a minor, and MADELYN EISCHEN,

Plaintiffs,

v.

OREGON DEPARTMENT OF EDUCATION, OREGON SCHOOL ACTIVITIES ASSOCIATION, GOVERNOR TINA KOTEK, in her official capacity as Superintendent of Public Instruction, FOREST GROVE SCHOOL DISTRICT NO.15, NEWBERG SCHOOL DISTRICT NO. 29J,

Defendants.

Case No. 3:25-cv-01170-SB

DEFENDANTS FOREST GROVE SCHOOL DISTRICT AND NEWBERG SCHOOL DISTRICT'S JOINDER

Defendants Forest Grove School District and Newberg School District ("District Defendants") respectfully join co-defendant Oregon Department of Education and Governor Tina Kotek's Response to Plaintiff's Objections to Findings and Recommendations ("State Defendants' Response").

District Defendants join and incorporate by reference the arguments made in State Defendants' Response. The arguments apply equally to the claims against District Defendants.

District Defendants request that the Court adopt the Findings and Recommendations and grant their motion to dismiss.

DATED: July 2, 2026.

VICKERS PLASS LLC

*s/ Karen M. Vickers*

**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Of Attorneys for Defendants Forest Grove School District No. 15 and Newberg School District No. 29J



VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975